UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLA MERRIWETHER, and
AMI COLEMAN, on behalf
of themselves and all others
similarly situated,

    Plaintiffs,                                      Case No: 2:19-cv-11854

v.                                                  Hon. Victoria A. Roberts

TEMPLE PLAZA HOTEL, INC.,
d/b/a BOUZOUKI CLUB,
FAMOUS DOOR II, INC., and
DENNIS KEFALLINOS,

    Defendants.

## STIPULATION AND ORDER OF DISMISSAL OF CASE WITHOUT PREJUDICE

NOW COME the respective parties and hereby stipulate that this case will be dismissed without prejudice as the parties have agreed to go to binding arbitration currently scheduled for October 2nd, 3rd, and 5th.

So Stipulated:

| | |
|---|---|
| /s/Maia Johnson Braun (w/permission) | /s/ Ben M. Gonek |
| MAIA JOHNSON BRAUN (P40533) | BEN M. GONEK (P43716) |
| DAVID A. HARDESTY (P38609) | Gonek & Belcher Law, P.C. |
| GOLD STAR LAW, P.C. | Attorney for Defendants |
| Attorneys for Plaintiffs | 14290 Northline Road |
| 2701 Troy Center Drive, Ste. 400 | Southgate, MI 48195 |
| Troy, MI 48084 | (313) 963-3377 |
| (248) 275-5200 | (313) 924-1284 (fax) |
| (248) 817-2765 (fax) | ben@gonekbelcherlaw.com |
| mjohnson@goldstarlaw.com | |

Dated: July 5, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLA MERRIWETHER, and
AMI COLEMAN, on behalf
of themselves and all others
similarly situated,

    Plaintiffs,                                    Case No: 2:19-cv-11854

v.                                               Hon. Victoria A. Roberts

TEMPLE PLAZA HOTEL, INC.,
d/b/a BOUZOUKI CLUB,
FAMOUS DOOR II, INC., and
DENNIS KEFALLINOS,

    Defendants.

---

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Upon stipulation of the parties:

**IT IS ORDERED** that the case is dismissed without prejudice pursuant to the parties agreement to binding arbitration.

                                                        s/ Victoria A. Robert
                                                        VICTORIA A. ROBERTS
                                                        United States District Judge

Dated: July 5, 2023